NOTE: <u>MOTION FOR DEFAULT SHOULD HAVE BEEN FILED</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHAPPEL, ) | |
| ) | CIV. S-05-219 GEB PAN |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER TO SHOW CAUSE</u> |
| ) | |
| PANTHEON HOLDINGS, INC. ) | |
| ) | |
| Defendant. ) | |

Plaintiff failed to file a status as required by the order setting status (pretrial scheduling) conference, which was filed on February 2, 2005. Further, plaintiff failed to prosecute the default in this action as indicated in the Minute Order filed May 17, 2005. It is, therefore, assumed that plaintiff has no interest in prosecuting this action. Accordingly this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 7, 2005

/s/ Garland E. Burrell, Jr.<br>
GARLAND E. BURRELL, JR.<br>
United States District Judge

1