IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHAPPEL, ) | |
| ) | CIV. S-05-219 GEB PAN |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| PANTHEON HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed a motion for reconsideration of the Order filed on June 7, 2005, dismissing Plaintiff's case. Plaintiff's motion is granted and Plaintiff's action is reinstated *nunc pro tunc* to the date of the dismissal. If Plaintiff elects to prosecute a default judgment, the applicable motion must be filed before the Magistrate Judge no later than August 2, 2005.

The Status (Pretrial Scheduling) Conference is rescheduled for September 19, 2005, at 9:00 a.m. Plaintiff shall file a status report no later than September 6, 2005, in which Plaintiff is only required to explain the status of the default issue.

IT IS SO ORDERED.

Dated: July 19, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

1