UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHAPPELL,<br>            Plaintiff,<br>     v.<br>PANTHEON HOLDINGS, INC.,<br>            Defendant. | 2:05-cv-00219-GEB-PAN<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

      Plaintiff's September 6, 2005, Status Report states the default judgment in this matter is currently pending before the magistrate judge.  Therefore, the Status Conference is continued to December 12, 2005, at 9:00 a.m.  Plaintiff shall file a status report no later than November 28, 2005, in which Plaintiff is only required to explain the status of the default issue.

      IT IS SO ORDERED.

DATED: September 7, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge