UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM SCHAPPELL,

        Plaintiff,        CIV. S-05-0219 GEB PAN PS

v.

PANTHEON HOLDINGS, INC.,        ORDER
and DOES 1 through 50,

        Defendants.

-o0o-

Plaintiff's motion for default judgment is pending before this court. In support of his request for "reasonable attorney's fees" (Cal. Civ. Code § 1812.218), plaintiff argues only that he has a one-third contingency fee agreement with his counsel. However, the court's assessment must begin with the lodestar calculation. See, e.g., PLCM Group v. Drexler, 22 Cal.4th 1084, 1095 (2000).

////

1  Accordingly, plaintiff and his counsel are directed to file,
2 on or before January 30, 2006, a detailed accounting of the hours
3 counsel has spent on this case and the tasks he has performed,
4 his hourly rate and an explanation as to the reasonableness of
5 that rate.  Plaintiff and his counsel may file any additional
6 documents, briefing or declarations they believe would be helpful
7 to the court's fee analysis.
8  So ordered.
9  Dated:  January 18, 2006.

 /s/ Peter A. Nowinski
 PETER A. NOWINSKI
 Magistrate Judge