UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM SCHAPPELL,  )
                    )  2:05-cv-219-GEB-PAN
         Plaintiff, )
                    )  ORDER CONTINUING STATUS
    v.              )  (PRETRIAL SCHEDULING)
                    )  CONFERENCE
PANTHEON HOLDINGS, INC., )
                    )
         Defendant. )
_____)

The status (pretrial scheduling) conference scheduled in this case for February 21, 2006, is continued to June 5, 2006, at 9:00 a.m. Plaintiff shall file a status report no later than May 22, 2006, in which Plaintiff is only required to explain the status of the default issue.[1]

IT IS SO ORDERED.

Dated: February 14, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Order to Show Cause filed on December 5, 2005, is discharged.

1