IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SCHAPPELL,

    Plaintiff,                        2:05-cv-0219-GEB-PAN(JFM)

    vs.

PANTHEON HOLDINGS, INC.,
and DOES 1 through 50,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment was taken under submission without oral argument. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

        On June 13, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the Findings and Recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 13, 2006, are adopted in full;

2. Plaintiff's motion for entry of default judgment is granted;

3. Judgment is entered against defendant Pantheon Holdings, Inc., and in favor of plaintiff in the principal amount of $71,400.00, plus prejudgment and postjudgment interest of 10% per annum;

4. Plaintiff is awarded costs of $352.33; and

5. Plaintiff is awarded attorney's fees in the amount of $5000.00.

Dated: July 25, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```