UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Schappell**

    v.

**Pantheon Holdings, Inc**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-05-219 GEB PAN (JFM)

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Pantheon Holdings, Inc.**

July 26, 2006

MARIANNE MATHERLY, ACTING CLERK

By: _____
C. Girgis, Deputy Clerk